In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-04-01177-CR

____________


HENRY ISAAC MEZA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 182nd District Court 

Harris County, Texas

Trial Court Cause No. 991773






MEMORANDUM OPINION

 On April 11, 2007, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a). We order the appeal reinstated and grant appellant's motion.
Accordingly, the appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).